# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2023

*The Court of Appeals hereby passes the following order:*

## A24E0028. DAVIS LASTRAPES v. MARCIA P. LASTRAPES.

Upon consideration of the petitioner's EMERGENCY MOTION for an extension of time to file a discretionary application from the trial court's final judgment, divorce decree, and October 3, 2023 order and amended order denying a motion for new trial, it is ordered that the same be GRANTED until DECEMBER 4, 2023. See *Gable v. State*, 290 Ga. 81, 84-85 (2) (a) (720 SE2d 170) (2011).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/02/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

..................................................... *, Clerk.*